SAMUEL REDWITZ, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Redwitz v. N. Y. Central R. R. Co.*, 183 App. Div. 919, affirmed.

(Argued March 11, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff while employed as a laborer in one of defendant's construction gangs was injured by reason of a collision of a freight train with a handcar on which he with others was riding. The defense interposed by the defendant was

a general denial of the allegations of negligence on its part, an allegation that the plaintiff was contributorily negligent and further an allegation of a release by the plaintiff.

*Francis E. Cullen* for appellant.

*N. F. Breen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.